IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM RETTSTATT                                                                        PLAINTIFF

v.                                    Civil No. 4:22-cv-4042

CORPORAL SMITH, Miller County
Detention Center (MCDC); CORPORAL
YEALEY, MCDC; SERGEANT GOLDEN,
MCDC; and INMATE TUCKER                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 21, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's claims against Inmate Tucker be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Plaintiff's claims against Inmate Tucker are **DISMISSED**.

**IT IS SO ORDERED**, this 14th day of July, 2022.

                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    Chief United States District Judge