IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM RETTSTATT                                                                                   PLAINTIFF

v.                      Civil No. 4:22-cv-04042

SERGEANT GOLDEN; CORPORAL
YEALEY; and CORPORAL SMITH                                   DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Susan O. Hickey, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. The case is before the Court on the Plaintiff's failure to obey an Order of the Court.

**I. DISCUSSION**

Plaintiff, William Rettstatt, filed this action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis* ("IFP"). Plaintiff was incarcerated in the Miller County Detention Center when he filed his Complaint (ECF No. 1).

When he filed this case, Plaintiff was specifically advised that he was required to immediately inform the Court of any change of address (ECF No. 3). If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

1

On July 7, 2022, mail was returned as undeliverable from the Miller County Detention Center (ECF No. 14). Plaintiff had thirty days, or until August 8, 2022, to provide the Court with a new address. On August 5, 2022, mail was again returned to the Court as undeliverable with the notation that Plaintiff was no longer in the Miller County Detention Center (ECF No. 21). In error, Plaintiff was given an additional thirty days to advise the Court of his new address. The new address was to be provided to the Court by September 9, 2022.

To date, Plaintiff has not provided a new address or contacted the Court in anyway. In fact, the last thing filed by the Plaintiff in this case was his May 31, 2022, Amended Complaint. (ECF No. 6).

## II.  CONCLUSION

For this reason, it is recommended that **this case be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact.**

DATED this 20th day of September 2022.

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE