IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM RETTSTATT                                                                              PLAINTIFF

v.                                          Case No. 4:22-cv-4042

SERGEANT GOLDEN; CORPORAL
YEALEY; and CORPORAL SMITH                                                         DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed September 20, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with a court order and failure to prosecute this case. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge